UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>   Plaintiff,<br><br>   v.<br><br>RONALD BROOMFIELD, et al.,<br><br>   Defendants. | No.  1:25-cv-00958-KES-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DIRECTING PLAINTIFF TO PAY THE FILING FEE WITHIN THIRTY DAYS<br><br>Doc. 4 |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302.

On August 11, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff be precluded from proceeding in forma pauperis, pursuant to 28 U.S.C. § 1915(g), and that he be required to pay the $405.00 filing fee within thirty days to proceed with this action. Doc. 4 at 3. Specifically, the magistrate judge noted that plaintiff had three or more strikes for purposes of § 1915(g) and had previously been declared a three-strike litigant in *Washington v. Early*, No. 1:99-cv-6590-OWW-LJO, Doc. 45 (E.D. Cal. Mar. 26, 2003). *Id.* at 2. The magistrate judge also found that plaintiff did not allege facts supporting a

1

1  conclusion that he is in "imminent danger of serious physical injury," which would permit
2  plaintiff to proceed in forma pauperis despite his three strikes. *Id.* at 2-3; 28 U.S.C. § 1915(g).
3      The findings and recommendations were served on plaintiff and contained notice that any
4  objections thereto were to be filed within fourteen (14) days after service. Doc. 4 at 3. No
5  objections have been filed and the time to do so has passed.
6      In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this
7  case. Having carefully reviewed the matter, the Court concludes that the findings and
8  recommendations are supported by the record and proper analysis.
9      Accordingly,
10      1. The findings and recommendations issued on August 11, 2025, Doc. 4, are
11         ADOPTED in full; and
12      2. Within **thirty (30) days** following the date of service of this order, plaintiff shall pay
13         the full $405.00 filing fee for this action. If plaintiff fails to pay the filing fee within
14         the specified time, this action will be dismissed without further notice.

17  IT IS SO ORDERED.
18     Dated:   September 15, 2025
                                              UNITED STATES DISTRICT JUDGE

2