UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RODERICK WASHINGTON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RONALD BROOMFIELD, et al.,<br><br>　　　　　Defendants. | No. 1:25-cv-00958-KES-SAB (PC)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR FAILURE TO PAY FILING FEE |

　　　　Plaintiff Roderick Washington is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On August 11, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's application to proceed in forma pauperis be denied pursuant to 28 U.S.C. § 1915(g) and that plaintiff be required to pay the filing fee in full to proceed with this action. Doc. 4.

　　　　On September 15, 2025, the Court adopted the findings and recommendations and ordered plaintiff to pay the $405.00 filing fee in full within thirty (30) days. Doc. 5. Plaintiff was warned that if he failed to pay the filing fee within the specified time, this action would be dismissed without further notice. *Id.* at 2. On September 26, 2025, plaintiff was granted a 30-day extension of time to pay the filing fee, with the fee due within 30 days of the service of the order on September 26. Doc. 7. Despite the Court's warning, and despite receiving an extension of time, plaintiff has failed to pay the required filing fee and the extended deadline for him to do so has

expired.  Without such payment, the action cannot proceed before the Court.  *See Saddozai v. Davis*, 35 F.4th 705, 709 (9th Cir. 2022).

Accordingly,

1. This action is dismissed without prejudice; and
2. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: November 16, 2025

UNITED STATES DISTRICT JUDGE

2